THE TRUSTEES OF UNION COLLEGE, Appellants, *v.* DENNIS COUGHLIN et al., as School Trustees of the First Ward of Long Island City, Respondents.

*Trustees of Union College* v. *Coughlin*, 89 Hun, 171, affirmed.
(Argued April 24, 1899; decided May 12, 1899.)

APPEAL from a judgment of the late General Term of the Supreme Court in the second judicial department, entered August 27, 1895, reversing a judgment in favor of plaintiffs entered upon the report of a referee, and dismissing the complaint.

*Harry Van Ness Philip* for appellants.

*John Whalen, Corporation Counsel (Theodore Connoly* and *Terence Farley* of counsel), for respondents.

Judgment affirmed, with costs, on opinion below.
All concur.

---

HOWARD J. FORKER, as Receiver of the ROCHESTER AND PITTSBURGH RAILROAD COMPANY, Appellant, *v.* WALSTON H. BROWN et al., Respondents.

*Forker* v. *Brown*, 10 Misc. Rep. 161, affirmed.
(Argued April 25, 1899; decided May 12, 1899.)

APPEAL from a judgment of the General Term of the late Court of Common Pleas for the city and county of New York, entered November 6, 1894, affirming a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

*S. W. Rosendale* and *William Strauss* for appellant.

*Wheeler H. Peckham* for respondents.

Judgment and order affirmed, with costs; no opinion.
All concur.